Of Counsel:

BAYS LUNG ROSE & HOLMA

BRUCE D. VOSS          6532-0
bvoss@legalhawaii.com
Attorney at Law
A Law Corporation
JAMES G. DIEHL         10637-0
jdiehl@legalhawaii.com
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii  96813
Telephone:  (808) 523-9000
Facsimile:  (808) 533-4184

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN ROE I; JANE ROE I; and JOHN ROE II, <br><br> Plaintiffs, <br><br> vs. <br><br> HAWAII PREPARATORY ACADEMY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, <br><br> Defendants. <br> _____ | CIVIL NO. CV 17-1-00256 ACK-RLP <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES <br><br><br><br><br><br><br><br><br><br> Trial:  August 21, 2018 <br> *(caption continued on next page)* |

STIPULATION FOR DISMISSAL WITH
<u>PREJUDICE OF ALL CLAIMS AND ALL PARTIES</u>

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff John Roe I, Jane Roe I, and John Roe II's Complaint filed herein on May 31, 2017 [Dkt. 1], is hereby dismissed with prejudice.  All other claims and parties are dismissed.

All appearing parties have signed this Stipulation.  Each party is to bear its own attorneys' fees and costs in connection with this action.

DATED:   Honolulu, Hawaii, September 5, 2018.

<u>/s/ Bruce D. Voss</u>
BRUCE D. VOSS
JAMES G. DIEHL

Attorneys for Plaintiff

<u>/s/ David J. Minkin</u>
DAVID J. MINKIN
JORDAN K. INAFUKU
MIYOKO T. PETTIT-TOLEDO

Attorneys for Defendant/
HAWAII PREPARATORY ACADEMY

_____
<u>John Roe I, et al., Plaintiffs, v. Hawaii Preparatory Academy, et al, Defendants</u>;
Civil No. CV 17-1-00256 ACK-RLP; Stipulation for Dismissal With Prejudice of All Claims and All Parties

636909